IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMI P. MCDONALD,
    Plaintiff,

v.                                         Case No. 3:19cv4657/RV/EMT

DR. JAMES HOWELL, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated November 18, 2019 (ECF No. 5). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections (doc. 8). The Plaintiff also filed a "Motion to Show Cause" (doc. 7).

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 8), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. The Plaintiff's Motion to Show Cause (doc. 7) is DENIED.

3. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 13th day of December, 2019.

    /s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**